ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND    *    COURT OF APPEALS

   *    OF MARYLAND

     Petitioner    *

   *    Misc. Docket AG

v.    *    No. 0021

   *    September Term, 2014

JOHN MELVIN GREEN    *

   *

     Respondent    *

   *

**************************************************

## ORDER

The Court of Appeals of Maryland, having indefinitely suspended John Melvin Green, Respondent, from the practice of law in the State of Maryland by an Opinion and Order filed December 22, 2014 in Misc. Docket AG Nos. 32 & 46, September Term, 2013, now has before it the Joint Petition for Discipline By Consent filed by the Attorney Grievance Commission of Maryland, Petitioner, and John Melvin Green, Respondent, in the captioned matter; and upon consideration thereof, it is this ___27th___ day of _____January_____, 2015,

ORDERED, that the Court accepts the findings of fact and conclusions of law made by the hearing judge designated by this Court to hear the charges herein, Respondent having acknowledged the sufficiency of the evidence upon which the hearing judge concluded that Respondent violated Rules 8.1(b) and 8.4(a) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that Respondent's indefinite suspension shall remain in effect as the disposition of this case; and it is further

ORDERED, that judgment is hereby entered in favor of the Attorney Grievance Commission of Maryland against John Melvin Green in the amount of $978.00.

_/s/ Glenn T. Harrell, Jr._
Senior Judge